IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FERALE ERIKA HUBBARD NELSON,　　　　　　　No. 3:23-cv-00608-SB

　　　　　　Plaintiff,　　　　　　　　　　　　　　　ORDER

　　v.

OREGON HEALTH AND SCIENCE
UNIVERSITY SCHOOL OF
DENTISTRY, an independent public
corporation,

　　　　　　Defendant.

HERNÁNDEZ, District Judge:

　　Magistrate Judge Beckerman issued a Findings and Recommendation on December 4, 2023, in which she recommends that the Court grant Defendant's Motion to Dismiss and dismiss Plaintiff's claims without prejudice. F&R, ECF 11. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 – ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge Beckerman's Findings and Recommendation [11]. Accordingly, Defendant's Motion to Dismiss [4] is GRANTED and Plaintiff's claims are dismissed without prejudice.

IT IS SO ORDERED.

DATED: _____January 5, 2024_____.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER