IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| FERALE ERIKA HUBBARD NELSON, | Case No. 3:23-cv-00608-SB |
| Plaintiff, | JUDGMENT |
| v. | |
| OREGON HEALTH AND SCIENCE UNIVERSITY SCHOOL OF DENTISTRY, an independent public corporation, | |
| Defendant. | |

**HERNÁNDEZ, District Judge.**

Based on the record, IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice. Pending motions, if any, are denied as moot.

DATED: January __8__, 2024

_____
MARCO A. HERNÁNDEZ
United States District Judge

PAGE 1 – JUDGMENT